```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare St., Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6              IN THE UNITED STATES DISTRICT COURT FOR THE
 7                    EASTERN DISTRICT OF CALIFORNIA
 8
 9  UNITED STATES OF AMERICA,  )  Case No. 1:07-cr-00331 OWW
                               )
10              Plaintiff,     )  STIPULATION TO CONTINUE DATE
         v.                    )  FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S
11                             )  MOTION AND HEARING ON DEFENDANT'S
                               )  MOTION
12                             )
                               )  DATE:  June 16, 2008
13  IRASEMA IRIS GARZA,        )  TIME:  9:00 a.m.
                               )  PLACE: Hon. Oliver W. Wanger
14              Defendant.     )
    _____)
15
```

16      IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys

17 of record that:

18      1.   The plaintiff's response to the defendant's motion presently scheduled for June 2,

19 2008, be continued to June 9, 2008;

20      2.   The motions hearing presently scheduled for June 9, 2008, be continued to June

21 16, 2008 at 9:00 a.m.; and

22 //

23 //

24 //

25 //

26 //

27 //

28

3. The resulting period of delay occurring between June 9, 2008, and the date for hearing the motions, shall continue to be excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161 (h)(1)(F).

Dated: June 3, 2008

McGregor W. Scott
United States Attorney

/s/ Mark J. McKeon
By: MARK J. McKEON
Assistant U.S. Attorney

Dated: June 3, 2008

/s/ Marc Days
MARC DAYS
Attorney for Defendant
IRASEMA IRIS GARZA

**ORDER**

IT IS SO ORDERED.

**Dated:    June 5, 2008**

/s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE