1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MARC DAYS, CA Bar #184098
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
IRASEMA IRIS GARZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-CR-00331 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| IRASEMA IRIS GARZA, | ) | Date: August 25, 2008 |
| Defendant. | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for July 21, 2008, **may be continued to August 25, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and plea negotiations prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: July 17, 2008        By  /s/ Mark J. McKeon
                                MARK J. McKEON
                                Assistant United States Attorney
                                Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: July 17, 2008        By  /s/ Marc Days
                                MARC DAYS
                                Assistant Federal Defender
                                Attorney for Defendant
                                IRASEMA IRIS GARZA

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 18, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE