1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  IRASEMA IRIS GARZA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:07-CR-00331 OWW
   |                                  )
12 |         Plaintiff,               ) STIPULATION TO CONTINUE STATUS
   |                                  ) CONFERENCE HEARING; ORDER
13 |     v.                           )
   |                                  )
14 | IRASEMA IRIS GARZA,              ) Date:  October 20, 2008
   |                                  ) Time:  9:00 A.M.
15 |         Defendant.               ) Judge: Hon. Oliver W. Wanger
   |                                  )
16 |                                  )

17

18     **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for September 29, 2008, **may be continued to October 20, 2008 at 9:00 a.m.**

21     This continuance is requested by counsel for the defendant to allow additional time for defense

22 investigation and plea negotiation prior to hearing. The requested continuance will conserve time and

23 resources for both counsel and the court.

24 ///

25 ///

26 ///

27 ///

28 ///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                                  McGREGOR M. SCOTT  
                                                                  United States Attorney

DATED:  September 24, 2008                  By   /s/ Mark J. McKeon  
                                                                  MARK J. McKEON  
                                                               Assistant United States Attorney  
                                                                Attorney for Plaintiff

                                                                DANIEL J. BRODERICK  
                                                                Federal Defender

DATED:  September 24, 2008                  By   /s/ Marc Days  
                                                                 MARC DAYS  
                                                               Assistant Federal Defender  
                                                               Attorney for Defendant  
                                                               IRASEMA IRIS GARZA

## ORDER

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

    IT IS SO ORDERED.

**Dated:   September 24, 2008**                    /s/ Oliver W. Wanger  
                                                            UNITED STATES DISTRICT JUDGE