1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  IRASEMA IRIS GARZA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) NO. 1:07-CR-00331 OWW
                                      )
12 |     Plaintiff,                   ) STIPULATION TO CONTINUE STATUS
                                      ) CONFERENCE HEARING; ORDER
13 | v.                               )
                                      )
14 | IRASEMA IRIS GARZA,              ) Date: October 27, 2008
                                      ) Time: 9:00 A.M.
15 |     Defendant.                   ) Judge: Hon. Oliver W. Wanger
                                      )
16 |_____     )

17

18      **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19 respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20 scheduled for October 20, 2008, **may be continued to October 27, 2008 at 9:00 a.m.**

21      This continuance is requested by counsel for the defendant because the parties need an additional

22 week to provide additional time to: Draft a plea agreement consistent with the parties' tentative agreement;

23 review the agreement prior to the hearing; and, to enter a change of plea.  The requested continuance will

24 conserve time and resources for both counsel and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: October 14, 2008      By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 14, 2008      By  /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
IRASEMA IRIS GARZA

**ORDER**

IT IS SO ORDERED.

**Dated:   October 16, 2008**       /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE