

FILED

MAR 21 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
        Plaintiff,                  )    No. 1:07-CR-00331OWW
                                    )
   vs.                              )    ORDER OF RELEASE
                                    )
IRASEMA IRIS GARZA,                 )
                                    )
        Defendant.                  )
_____)

   The above named defendant having been sentenced to continued supervised release conditions on March 18, 2011,

   IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: March 21, 2011

                              _____
                              HONORABLE OLIVER W. WANGER
                              U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1